## Henry G. Anderson, Defendant in Error, v. Charles E. Miesse, Plaintiff in Error.

### Gen. No. 18,618. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JUDSON F. GOING, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Reversed. Opinion filed November 4, 1913. Rehearing denied November 18, 1913.

### Statement of the Case.

Action by Henry G. Anderson against Charles E. Miesse to recover commissions for the sale of land. From a judgment for plaintiff defendant brings error.

FRANCIS A. HARPER, for plaintiff in error.

WALTER J. MILLER, for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

BROKERS, § 88*—*when commissions cannot be recovered against individual member of firm.* A broker was employed by a firm to sell lands and in order to effectuate a sale it was necessary to sell the land of a purchaser. Such purchaser's price could not be obtained and on making a sale for a less price the broker was charged on the firm books with the balance not obtained and he accepted a settlement with the firm on such basis. The broker claimed a member of the firm individually owed him the full commissions. A contract and letters were in the individual member's name, but both partners took part in the transactions and the use of one partner's name was a matter of convenience. *Held,* the broker could not recover from the individual member of the firm.

Mr. JUSTICE CLARK took no part in this decision.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.